# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT, JR. - CLERK
JAN 05 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Versace Alan Scott
_____

(Full name of the Plaintiff(s) in this action)

v.

Luke Whittaker

Logan County Sheriff's

Department
_____

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 1:24-CV-4-JHM
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

(__) NO JURY TRIAL DEMAND
(Check only one)

## I.   PARTIES

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Versace Alan Scott

Place of Confinement: Logan County Detention Center

Address: _____

Status of Plaintiff: CONVICTED (__)   PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant **Luke Whittaker** is employed as **Logan County Sherrif Deputy** at **Logan County Sherrif Department**.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(3) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On October 13th 2022 I was Ran over with the intent to kill me by one of the Southern Kentucky Drug task Force Detectives and on August 19th 2023 I was Kidnapped by one of the other Dectives on the Southern Kentucky Drug task Force and Brought to Jail and sliced to the Bone 7 times and Attempted to cut my throat to end my life luke Whittaker was one of them who took a vote to end my life on two Differnt occasions and in intent to cover up the crime luke whittaker and his Partner Refused to give me a police Report on the Hit and Run Done by other Dective and had me Kidnapped and cut with Knive at Jail For Ratting on them to the FBI

### III. STATEMENT OF CLAIM(S) continued

Then they Booked me on Fake Charges where I Been wrongful imprisoned Since August 19th 2023. He Also was one who Hijacked my Brain.

5

IV.  **RELIEF**

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 25,000,000

✓ grant injunctive relief by Release me on All Fake charges

✓ award punitive damages in the amount of $ 250,000 per Day each

✓ other: Day I've Been wrongful imprisoned

V.  **DECLARATION UNDER PENALTY OF PERJURY**
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 29 day of December, 2023

Versare Alan Scott
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on 12-29-2023.

_____
(Signature)

6

LOGAN COUNTY
DETENTION CENTER
304 W. 3RD ST.
RUSSELLVILLE, KY 42276

Attn: Versae Scott

**RECEIVED**
JAMES J. VILT, JR. - CLERK
JAN 05 2024
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Office of the Clerk
241 East main Street, Suite 120
Bowling Green, KY 42101-2175

**INMATE MAIL UNCENSORED**

